# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re:  Todd A. Nance | CASE NO. 11-52259 |
| Natalie A. Nance, | JUDGE John E. Hoffman, Jr. |
| Debtors. | CHAPTER 13 |

## NOTICE OF CHANGE OF ADDRESS

Now comes counsel for Debtors, Todd A. Nance and Natalie A. Nance, and notifies this Court that Debtors have a change of address and now live at 54 Smokewood Lane, Ringgold, Georgia 30736.

                                              */s/ Shannon M. Treynor*  
                                              Shannon M. Treynor, Esq. (0072813)  
                                              63 North Main Street  
                                              P.O. Box 735  
                                              London, Ohio 43140  
                                              PH: (740) 845-1889  
                                              FAX: (740) 845-2919  
                                              EMAIL: shannon.treynor@sbcglobal.net  
                                              Attorney for Debtors