**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In re:  Todd A. Nance                                              CASE NO. 11-52259
       Natalie A. Nance,                                       JUDGE John E. Hoffman, Jr.
            Debtors.                                              CHAPTER 13

## NOTICE OF CHANGE OF ADDRESS

Now comes counsel for Debtors, Todd A. Nance and Natalie A. Nance, and notifies this Court that Debtors have a change of address and now live at 224 Stonecrest Circle, Ringgold, Georgia 30736.

                                                /s/ Shannon M. Treynor
                                                Shannon M. Treynor, Esq. (0072813)
                                                63 North Main Street
                                                P.O. Box 735
                                                London, Ohio 43140
                                                PH: (740) 845-1889
                                                FAX: (740) 845-2919
                                                EMAIL: shannon.treynor@sbcglobal.net
                                                Attorney for Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document was sent via ECF and by USPS this 16th day of December, 2015, to the following:

Office of the United States Trustee, ustpregion09.cb.ecf@usdoj.gov
Faye D. English, notices@ch13columbus.com
Ohio Department of Taxation, bgianangeli@mifsudlaw.com
Fifth Third Bank, alison.gill@ohiolaws.com
Select Portfolio Servicing, Inc., bknoticesouth@reimerlaw.com
The Bank of New York Mellon, bknoticesouth@reimerlaw.com
The Bank of New York Mellon, ohbk@rslegal.com

Todd A. Nance
224 Stonecrest Circle
Ringgold, GA 30736

Natalie A. Nance.
224 Stonecrest Circle
Ringgold, GA 30736

Education Credit Management Corporation
P.O. Box 16408
St. Paul MN 55116-0408

PRA Receivables Management, LLC
P.O. Box 41067
Norfolk, VA 23541

Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Suite 400
Seattle, WA 98121

*/s/ Shannon M. Treynor*

Shannon M. Treynor, Esq. (0072813)